IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ROBERT KRAMER

Criminal No. 21-109

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Christopher M. Cook, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant ROBERT KRAMER, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with violating Title 18, United States Code, Section 922(g)(1).

Recommended bond: Detention.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By: /s/ Christopher M. Cook
CHRISTOPHER M. COOK
Assistant U.S. Attorney
KS ID No. 23860

FILED
MAR 16 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA